CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
THE ATLANTIC WIND POOL, LLC
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE ATLANTIC WIND POOL, LLC,

                Plaintiff,

                07 CV _____ (___)

v.

                **ORDER FOR ISSUANCE**

GEODIS WILSON DENMARK A/S and   **OF A PROCESS OF**
WILSON DENMARK HOLDING AS,        **MARITIME ATTACHMENT**

                Defendants.
------------------------------------------------------------X

      Upon reading the Verified Complaint requesting issuance of Process of Maritime Attachment and Garnishment, and the Affidavit of Owen F. Duffy, Esq. attached thereto, and the Court finding that the conditions for an attachment under Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims Admiralty to the Federal Rules of Civil Procedure appear to exist, it is this day, by the United States District Court for the Southern District of New York, hereby

      **ORDERED** that the Clerk shall issue a Process of Maritime Attachment and Garnishment as prayed for in the Verified Complaint; and it is further

      **ORDERED** that the Process of Attachment issued by the Clerk shall be against all property, tangible or intangible, including funds, goods, chattels, credits, effects, debts owned by or owed to the Defendants GEODIS WILSON DENMARK A/S and/or

WILSON DENMARK HOLDING AS or monies to be paid to discharge a debt owed to the Defendants, including monies being electronically transferred by or to GEODIS WILSON DENMARK A/S and/or WILSON DENMARK HOLDING AS which are in the possession or control of, or being transferred through any garnishee within this District, including, without limitation, property held by or in the possession or control of the following garnishee(s):

1. ABN Amro Bank N.V.
   55 East 52nd Street
   New York, New York 10055

2. American Express Bank Ltd.
   c/o Zeichner Ellman & Krause, LLP
   Legal Counsel for Bank of America
   575 Lexington Avenue, 10th floor
   New York, New York 10022

3. Bank of America
   c/o Zeichner Ellman & Krause, LLP
   Legal Counsel for Bank of America
   575 Lexington Avenue, 10th floor
   New York, New York 10022

4. Bank of New York
   120 Broadway, 19th Floor
   New York, New York

5. Barclays Bank
   200 Park Avenue
   New York, New York 10166

6. BNP Paribas SA
   The Equitable Tower,
   787 Seventh Avenue
   New York, New York 10019

7. Citibank, N.A.
   Legal Service Intake Unit
   1 Court Square, 7th Floor
   Long Island City, NY 11120

8. CommerzBank AG
   2 World Financial Center
   New York, New York
   10281-1050

9. Deutsche Bank
   60 Wall Street
   New York, New York 10005

10. DnB NOR Bank ASA
    200 Park Avenue
    New York, New York 10166

11. Dresdner Bank AG
    1301 Avenue of the Americas
    New York, New York 10019-6163

12. Dresdner Bank AG
    75 Wall Street
    New York, New York 10005

13. Fortis Bank S.A./N.V.
    520 Madison Avenue
    New York, New York 10022-4213

14. HSBC
    452 Fifth Avenue
    New York, New York

15. JPMorgan Chase Bank N.A.
    One Chase Manhattan Plaza
    New York, New York 10081

16. Rabobank Nederland
    245 Park Avenue
    New York, New York

17. Standard Chartered Bank
    One Madison Avenue
    New York, NY 10010

18. Wachovia Bank
    11 Penn Plaza
    New York, New York 10001

or any of their affiliates and any other garnishee(s) within this district upon whom a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an amount up to the amount sued for, *i.e.*, $794,120.88, it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted, and it is further

**ORDERED** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment, and it is further

**ORDERED** that pursuant to Fed. R. Civ. P., Supplemental Rules for Certain Admiralty and Maritime Claims, Rule B(1)(d)(ii)(C), the Writ of Attachment may be served by any person, who is not less than 18 years old, and who is not a party to this action, and it is further

**ORDERED** that service on any garnishee(s) (i.e. any original garnishee or any garnishee herein) is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the opening of the garnishee's business the next business day, and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), that following initial service upon any garnishee by the United States Marshal or any other person designated by Order to make service in this action, supplemental service of the Process of Maritime Attachment and Garnishment shall thereafter be made by way of service of a copy of the Process of Maritime Attachment and Garnishment via facsimile

transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, and it is further

**ORDERED** that supplemental process enforcing this Order may be issued by the Clerk and served without further Order of the Court.

Dated:  New York, New York
October 25, 2007

SO ORDERED:

_____
U. S. D. J.

A CERTIFIED COPY
J. MICHAEL McMAHON,        CLERK

BY _Jameen Miles_
       DEPUTY CLERK