JUDGE CHIN

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
THE ATLANTIC WIND POOL, LLC
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10 25 07

07 CIV 9536

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE ATLANTIC WIND POOL, LLC,

            Plaintiff,

   v.

GEODIS WILSON DENMARK A/S and
WILSON DENMARK HOLDING AS,

            Defendants.
-----------------------------------------------------------------X

07 CV _____ (____)

**ORDER APPOINTING A SPECIAL PROCESS SERVER**

An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of Owen F. Duffy, sworn to the 25th day of October, 2007, and good cause having been shown, it is hereby

**ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendants, GEODIS WILSON DENMARK A/S and WILSON DENMARK HOLDING AS.

Dated: New York, New York
      October 25 2007

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY _____
    DEPUTY CLERK

SO ORDERED:

_____
U.S.D.J.