BLANK ROME LLP
Attorneys for Defendants
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THE ATLANTIC WIND POOL, LLC,<br><br>Plaintiff,<br><br>- against -<br><br>GEODIS WILSON DENMARK A/S and<br>WILSON DENMARK HOLDING AS,<br><br>Defendants | 07 CV 9536 (DC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeremy J.O. Harwood of Blank Rome LLP,

hereby enters a notice of appearance to represent Defendants GEODIS WILSON

DENMARK A/S and WILSON DENMARK HOLDING AS.

Date:  New York, New York
       July 7, 2008

                    Respectfully submitted,

                    BLANK ROME LLP

                    By: _____
                        Jeremy J.O. Harwood
                        405 Lexington Avenue
                        New York, New York 10174
                        (212) 885-5000
                        *Attorneys for Defendants*