*Please Return To Cashiers*  C/HIN/J

# MEMO ENDORSED

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
THE ATLANTIC WIND POOL, LLC
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE ATLANTIC WIND POOL, LLC,

                Plaintiff,

     v.

GEODIS WILSON DENMARK A/S and
WILSON DENMARK HOLDING AS,

                Defendants.
------------------------------------------------------------X

07 CV 9536 (DC)

**ORDER THAT
ATTACHED FUNDS
BE DEPOSITED WITH
THE COURT**

OK
ML

**WHEREAS**, the Plaintiff has requested to have the attached funds in this case totaling $670,804.67, plus any interest earned, deposited into Court's Registry Investment System "CRIS Account", to be held as security for Plaintiff's claim pending the ultimate resolution of the case,

**IT IS HEREBY ORDERED** that the funds attached in the above-captioned case pursuant to this Court's Order of October 25, 2007 and the Process of Maritime Attachment issued pursuant to that Order, totaling $670,804.67, plus any interest that may have accrued, shall be deposited forthwith by the garnishees ABN AMRO Bank N.V. (two attachments totaling $11,126.57), Bank of America (nineteen attachments totaling $207,142.42), Bank of New York (one attachment of $7,202.49), Citibank, N.A. (four attachments totaling $9,438.52), HSBC (four attachments totaling $10,570.26), JPMorgan Chase Bank, N.A. (twenty-two attachments totaling $311,707.23), and Wachovia Bank (eight attachments totaling $113,617.18), into the Registry of the Court for the Southern District of New York's Court's Registry Investment System "CRIS

RECEIVED
JUL 09 2008
JUDGE CHIN'S CHAM.

1

Account" where they will be held on account as security for plaintiff's claim against the Defendant until such time that this case is resolved by settlement or judgment or such further order of the Court as may be sought by the parties, including Defendants under Supplemental Rule E, and the Court orders disbursement of the funds in accordance with the terms of any settlement, judgment or Order of the Court.

The Court Registry Investment System can accept a wire transfer at the following details:

|  |  |
|---|---|
| Bank: | U.S. Treasury |
| Agency Locator: | 4654 |
| Routing Number: | 021030004 |
| Comments Field: | 07 CV 9536 (DC) (S.D.N.Y.) |
|  | (Atlantic Wind Pool v. Geodis Wilson Denmark A/S) |

Dated: New York, New York
　　　　July __, 2008

SO ORDERED:

_____
Hon. Denny Chin, U. S. D. J.

7/10/08